# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

JONES WILEY, JR.,

    **Plaintiff,**

VS.                                                  NO.: 3:20-CV-221-HBG

JERMAINE HARRISON and
G&P TRUCKING COMPANY, INC.
n/k/a CF HOLDCO TRUCKING, INC.,

    **Defendants,**

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a) DISCLOSURES

COMES the Plaintiff and provides notice to the Court that he served Plaintiff's Rule 26(a) Initial Disclosures to counsel for Defendant on March 29, 2021.

**ESPECTFULLY SUBMITTED**, this 29th day of March, 2021.

                                             /s/ P. Richard Talley
                                             P. RICHARD TALLEY, BPR No. 9660
                                             Attorney for Plaintiff
                                             P.O. Box 950
                                             Dandridge, TN 37725
                                             (865) 397-9878 PHONE
                                             (865) 397-0934 FAX
                                             yhtalley@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    /s/ P. Richard Talley_____
    P. RICHARD TALLEY
    Attorney for Plaintiff