FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR:     Dana C. Holloway
              Holloway Law & Mediation Center, PLLC
              8351 E. Walker Springs Lane, Suite 401
              Knoxville, TN  37923

CASE NAME & NUMBER: *Jones Wiley vs G&P Trucking*
*USDC 3:20-cv-221-HBG*

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents").  If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending.  If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference.

1.    Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

      ____XX_____ YES                _____ NO

2.    Did the case settle?

      ___XX_____ YES                _____ NO

3.    Is mediation to be conducted at a later date?

      _____ YES                 ____XX_____ NO

4.    Was mediation terminated without settlement?

      _____ YES           _____XX_____ NO

                              __s / DANA C. HOLLOWAY_____
                                    Signature of Certified Mediator

                              Date: 06/30/2021

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement.  Send in separate reports only when the conference is recessed for
a week or more.